JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

          -v.-                    :     08 Cr.

OULD SEIDI SALIM,
     a/k/a "Boubacar Sow",              08 CRIM 562
     a/k/a "Amadou Doucoure,"     :

          Defendant.              :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about November 12, 2003, in the Southern District of New York and elsewhere, OULD SEIDI SALIM, a/k/a "Boubacar Sow", a/k/a "Amadou Doucoure," the defendant, unlawfully, willfully and knowingly, did falsely make, utter, use, attempt to use, possess, obtain, accept and receive a visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been forged, counterfeited, altered, and falsely made, and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud or unlawfully obtained, and aided and abetted the same, to wit, SALIM obtained and used a Refugee Travel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2008

Document using the name, date of birth, alien number, and social security number of another person.

(Title 18, United States Code, Sections 1546(a) and 2.)

_____*/s/*_____  _____*/s/ Michael J. Garcia*_____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OULD SEIDI SALIM,
a/k/a "Boubacar Sow",
a/k/a "Amadou Doucoure,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 1546(a), and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
6/18/08                Foreperson.